IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3060 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER GARCIA-HERNANDEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant's unopposed oral motion is granted.

IT IS ORDERED that:

1) The defendant's suppression hearing set for August 24, 2010 at 1:30 p.m. is cancelled.

DATED this 17th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge